```
                    FILED
            CLERK, U.S. DISTRICT COURT

                    9/9/14

           CENTRAL DISTRICT OF CALIFORNIA
           BY:        ER        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | |
| DEFENDANT(S). | **NOTICE OF JURISDICTION / TREATY TRANSFER-IN** |

To: All Parties/Counsel of Record

The Court has approved the
- ☐ supervised release
- ☐ probation
- ☐ treaty

transfer-in for the case referred to above.

The matter has been randomly assigned to United States  ☐ District Judge  ☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U. S. District Court

_____                    By: _____
Date                                              Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (10/08)                    NOTICE OF JURISDICTION / TREATY TRANSFER-IN